FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 MAR 22 PM 4: 52
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HOLLY M. FLEMING,

Defendant.

8:22CR59

INDICTMENT
21 U.S.C. § 846
21 U.S.C. § 841(a)(1) & (b)(1)
18 U.S.C. § 924(c)(1)(A)

The Grand Jury charges that:

## COUNT I

Beginning on or about October 27, 2021, and continuing to on or about February 18, 2022, in the District of Nebraska, Defendant HOLLY M. FLEMING did knowingly and intentionally combine, conspire, confederate, and agree with other persons to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about October 27, 2021, in the District of Nebraska, Defendant HOLLY M. FLEMING did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

1

## COUNT III

On or about February 18, 2022, in the District of Nebraska, Defendant HOLLY M. FLEMING did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT IV

On or about February 18, 2022, in the District of Nebraska, Defendant HOLLY M. FLEMING did knowingly use and carry a firearm, to wit: a black Sig Sauer Mosquito handgun, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offenses described in Counts I and III.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

(for) THOMAS J. KANGIOR
Assistant United States Attorney