IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>HOLLY M. FLEMING,<br><br>                Defendant. | 8:22CR59<br><br>MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

    1. The defendant is presently incarcerated in the Douglas County Corrections, Omaha, Nebraska, in the custody of the Warden of said facility.

    2. It is necessary that the said defendant be before the Honorable Susan M. Bazis for a hearing beginning on or after 28 day of March, 2022, at 1:30 P.M.

    3. The requested Writ is for a federal proceeding unrelated to any criminal charges currently pending in state court.

    WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of the Douglas County Corrections, and the United States Marshals Service for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

                                                  UNITED STATES OF AMERICA, Plaintiff

                                                  JAN W. SHARP
                                                  Acting United States Attorney
                                                  District of Nebraska

                         By:     <u>s/Thomas J. Kangior</u>
                                    THOMAS J. KANGIOR, #21496
                                    Assistant U.S. Attorney
                                    1620 Dodge Street, Suite #1400
                                    Omaha, Nebraska 68102

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: attorney of record.

                                            s/Thomas J. Kangior
                                            THOMAS J. KANGIOR,
                                            Assistant U.S. Attorney