IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:22CR59 |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| HOLLY M. FLEMING, | |
| Defendant. | |

As requested in the government's motion (Filing No. 6), which is hereby granted,

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as requested.

DATED this 24th day of March, 2022.

BY THE COURT:

MICHAEL D. NELSON
UNITED STATES MAGISTRATE JUDGE