IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:22CR59 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ADOPTION OF FINDINGS AND RECOMMENDATION** |
| HOLLY M. FLEMING, | ) | |
| Defendant. | ) | |

The Defendant, Holly M. Fleming, by and through her attorney, Michael J. Hansen, has no objections to the Findings and Recommendation (Doc. 30) filed herein. The Defendant therefore adopts the same.

DATED this 4th day of August, 2022.

HOLLY M. FLEMING, Defendant

/s/ Michael J. Hansen
MICHAEL J. HANSEN
Assistant Federal Public Defender
222 South 15th Street, Suite 300N
Omaha, NE 68102
(402) 221-7896
Email: mike_hansen@fd.org
Attorney for Defendant