IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:22CR59 |
| vs. | ) | |
| TERRELL BASS, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant, Terrell Bass's Unopposed Motion to Continue Trial [61].  The court has been advised that the co-defendant does not object to the continuance.  On the basis of the statements set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance.

Accordingly:

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [61] is granted, as follows:

1. The jury trial, **for both defendants**, now set for November 1, 2022, is continued to **December 13, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 13, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:**  October 18, 2022

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge