**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:22CR59** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **HOLLY M. FLEMING,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the court on defendant, Holly M. Fleming's, Unopposed Motion to Continue Trial [65].  The court has been advised that the co-defendant does not object to the continuance.  Counsel needs additional time to resolve this matter short of trial.   The undersigned magistrate judge finds good cause for the requested continuance.

Accordingly:

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [65] is granted, as follows:

1.  The jury trial, **for both defendants**, now set for December 13, 2022, is continued to **February 21, 2023.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 21, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  November 22, 2022**

**BY THE COURT:**

**s/ Michael D. Nelson
United States Magistrate Judge**