IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR59 |
| | ) | |
| vs. | ) | |
| | ) | |
| HOLLY M. FLEMING, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter is before the court on defendant, Holly M. Fleming's, Unopposed Motion to Continue Trial [77]. The court has been advised that the co-defendant does not object to the continuance. Counsel needs additional time to resolve this matter short of trial. The undersigned magistrate judge finds good cause for the requested continuance.

Accordingly:

    **IT IS ORDERED** that the Unopposed Motion to Continue Trial [77] is granted, as follows:

1. The jury trial, **for both defendants**, now set for February 21, 2023, is continued to **April 25, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 25, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

    **DATED: February 8, 2023**

                                                               **BY THE COURT:**

                                                               **s/ Michael D. Nelson**
                                                               **United States Magistrate Judge**