IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR59 |
| | ) | |
| vs. | ) | |
| | ) | |
| TERRELL BASS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant, Terrell Bass's Unopposed Motion to Continue Trial [79]. After consultation with counsel for the parties, the court finds good cause for granting the requested continuance; defendant's counsel requires additional time to review discovery, resolve guideline calculation issues, and negotiate a plea agreement. The defendant has stated through counsel that he does not intend to proceed to trial. The court has been advised that the co-defendant does not object to the continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [79] is granted, as follows:

1. The jury trial, **for both defendants**, now set for April 25, 2023, is continued to **June 27, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 27, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without counsel for the parties requesting a hearing before the undersigned magistrate judge.**

**DATED: April 14, 2023.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge