IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HOLLY M. FLEMING and<br>TERRELL C. BASS,<br><br>　　　　　　　　　Defendants. | 8:22-CR-59<br><br>FINAL ORDER OF FORFEITURE |

　　　　This matter is before the Court on the Government's Motion for Final Order of Forfeiture. Filing 143. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

　　　　1. On November 15, 2023, the Court entered a Preliminary Order of Forfeiture as to Defendant Terrell C. Bass, forfeiting Bass's interest in $16,563.76 in United States currency that had been seized. Filing 129.

　　　　2. On November 16, 2023, the Court entered a Preliminary Order of Forfeiture as to Defendant Holly M. Fleming, forfeiting Fleming's interest in $16,563.76 in United States currency that had been seized. Filing 133.

　　　　3. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on November 18, 2023, in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on January 29, 2024. Filing 142.

　　　　4. The Government has advised the Court that no party has filed a petition regarding the subject property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

1

5. The Motion for Final Order of Forfeiture, Filing 143, should be granted.

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture, Filing 143, is granted;

2. All right, title and interest in and to the $16, 563.76 in United States currency seized from the residence at 424 North 34th Street, Omaha, Nebraska on or about February 18, 2022, held by any person or entity are forever barred and foreclosed;

3. The $16,563.76 in United States currency is forfeited to the Government;

4. The Government is directed to dispose of that currency in accordance with law.

Dated this 12th day of February, 2024.

BY THE COURT:

Brian C. Buescher
United States District Judge